IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION



FILED

2001 JUN -6  A 11: 50

CLK, US DIST COURT

NonaC.

| | | |
|---|---|---|
| ROBERTO AGUIRRE, ELEAZAR ALEJANDRO, JOSE BALDERAS RICARDO BARCENA, RUDY BECERRA, JOSE BRUNO, SALVADOR DELGADO, AMADO ESQUEDA, ISRAEL GAITAN, JUAN GARCIA, JOSE GARIBAY, GERARDO GOMEZ, JUAN GOMEZ, GERARDO GONZALEZ, RICARDO GONZALEZ, ROGELIO GONZALEZ, VALERIANO HERRERA, CRISTOBAL LOPEZ, JOSE LOPEZ, JUAN LOPEZ, GILBERT MANCHA, MARODIA MANCHA, ARTURO MARTINEZ, GUADALUPE MARTINEZ, JOSE MARTINEZ, MARIA MENDOZA, JAIME MONTOYA, ARMANDINA REYES, ROGELIO ROCHA, FRANCISCO RODRIGUEZ, JUAN RUIZ, ALFREDO SANCHEZ, SUSANA SANCHEZ, MARCO SANDOVAL, CARLOS SANTOS, HERON SEGOVIA, EDWARD TORRES, ENRIQUE TREVINO, RICARDO VILLALOBOS, DANIEL VILLARREAL, RAMON VILLASENOR, JUAN VALLEJO, DAVID SANTOS, JUAN MANUEL EURESTI, GUILLERMO CHAVEZ, VALERIANO MORENO, OFELIA DE LA PENA, JUAN M. RUIZ, Plaintiffs, VS. EAGLE PASS INDEPENDENT SCHOOL DISTRICT, Defendant. AND | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. DR-00-CA-24-~~AML~~ OG |



32

| | |
|---|---|
| XAVIER CASTILLO, JAIME CHINIAS, OFELIA DE LA PENA, JUAN A. DE LUNA, MOISES GARCIA, JR., JOSE T. GARZA, JUAN GOMEZ, JR., DANIEL HERNANDEZ, PATRICIA M. LOPEZ, ELIDA MARTINEZ, FELIPE MARTINEZ, JR., SONIA MAURICIO, SUSANA OLIVAS, LAZARO A. RODRIGUEZ, RAUL RODRIGUEZ, MINERVA ROIZ, RODOLFO H. SANTOS, GERALDO SAUCEDO, JORGE ROBERTO VALDEZ, JUAN VASQUEZ, JOSE LUIS VELOZ, RAYMUNDO A. VIDAL, AND IGNACIO ZARAGOZA, JR. <br><br>               Plaintiffs, <br><br>VS. <br><br>EAGLE PASS INDEPENDENT SCHOOL DISTRICT, <br><br>               Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

## ORDER OF DISMISSAL

ON THIS DATE came on for consideration the Stipulation of Dismissal filed by the parties as to the claims of the Plaintiff XAVIER CASTILLO. In accordance with the parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED that the claims of the Plaintiff XAVIER CASTILLO BE AND ARE HEREBY DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

SIGNED and ENTERED this 31 day of May, 2001.

~~ALIA MOSES LUDLUM~~
United States ~~Magistrate~~ Judge
District
Orlando L. Garcia

poneck\files\tasb\aguirre\pleadings\Order of Dismissal-Castillo.doc