

RECEIVED
MAY 1 4 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FILED
2001 JUN 18 P 12: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ROBERTO AGUIRRE, ELEAZAR ALEJANDRO, JOSE BALDERAS RICARDO BARCENA, RUDY BECERRA, JOSE BRUNO, SALVADOR DELGADO, AMADO ESQUEDA, ISRAEL GAITAN, JUAN GARCIA, JOSE GARIBAY, GERARDO GOMEZ, JUAN GOMEZ, GERARDO GONZALEZ, RICARDO GONZALEZ, ROGELIO GONZALEZ, VALERIANO HERRERA, CRISTOBAL LOPEZ, JOSE LOPEZ, JUAN LOPEZ, GILBERT MANCHA, MARODIA MANCHA, ARTURO MARTINEZ, GUADALUPE MARTINEZ, JOSE MARTINEZ, MARIA MENDOZA, JAIME MONTOYA, ARMANDINA REYES, ROGELIO ROCHA, FRANCISCO RODRIGUEZ, JUAN RUIZ, ALFREDO SANCHEZ, SUSANA SANCHEZ, MARCO SANDOVAL, CARLOS SANTOS, HERON SEGOVIA, EDWARD TORRES, ENRIQUE TREVINO, RICARDO VILLALOBOS, DANIEL VILLARREAL, RAMON VILLASENOR, JUAN VALLEJO, DAVID SANTOS, JUAN MANUEL EURESTI, GUILLERMO CHAVEZ, VALERIANO MORENO, OFELIA DE LA PENA, JUAN M. RUIZ, § § § § § § § § § § § § § § § § § § § § § § § § § § | § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. DR-00-CA-24-AML |
| Plaintiffs, | § § |
| VS. | § |
| EAGLE PASS INDEPENDENT SCHOOL DISTRICT, | § § § § |
| Defendant. | § § § § § |
| AND | § |

33

|  |  |
|---|---|
| XAVIER CASTILLO, JAIME CHINIAS, OFELIA DE LA PENA, JUAN A. DE LUNA, MOISES GARCIA, JR., JOSE T. GARZA, JUAN GOMEZ, JR., DANIEL HERNANDEZ, PATRICIA M. LOPEZ, ELIDA MARTINEZ, FELIPE MARTINEZ, JR., SONIA MAURICIO, SUSANA OLIVAS, LAZARO A. RODRIGUEZ, RAUL RODRIGUEZ, MINERVA ROIZ, RODOLFO H. SANTOS, GERALDO SAUCEDO, JORGE ROBERTO VALDEZ, JUAN VASQUEZ, JOSE LUIS VELOZ, RAYMUNDO A. VIDAL, AND IGNACIO ZARAGOZA, JR. | § § § § § § § § § § § § § § § § § |
| Plaintiffs, | § § |
| VS. | § § |
| EAGLE PASS INDEPENDENT SCHOOL DISTRICT, | § § § |
| Defendant. | § |

## ORDER OF DISMISSAL

ON THIS DATE came on for consideration the Stipulations of Dismissal filed by the parties as to the claims of the Plaintiffs whose names are set forth on the attached Exhibit "A." In accordance with the parties Stipulations of Dismissal,

IT IS HEREBY ORDERED that the claims of the Plaintiffs whose names are set forth on the attached Exhibit "A" BE AND ARE HEREBY DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

SIGNED and ENTERED this 15 day of June, 2001.

*[Signature]*

~~ALIA MOSES LUDLUM~~
United States ~~Magistrate~~ District Judge
ORLANDO L. GARCIA

poneck\files\tasb\aguirre\pleadings\Order of Dismissal.doc

## LIST OF PLAINTIFFS

## EXHIBIT "A"

1. Roberto Aguirre
2. Eleazar Alejandro
3. Jose Balderas
4. Ricardo Barcena
5. Rudy Becerra
6. Jose Bruno
7. Guillermo Chavez
8. Jaime Chinias
9. Ofelia De La Pena
10. Juan A. De Luna
11. Salvador Delgado
12. Amado Esqueda
13. Juan Manuel Euresti
14. Israel Gaitan
15. Juan Garcia
16. Moises Garcia, Jr.
17. Jose Garibay
18. Jose T. Garza
19. Gerardo Gomez
20. Juan Gomez, Jr.
21. Juan Gomez, Sr.
22. Ricardo Gonzalez
23. Gerardo Gonzalez
24. Rogelio Gonzalez
25. Daniel Hernandez
26. Valeriano Herrera
27. Patricia M. Lopez
28. Cristobal Lopez
29. Jose Lopez
30. Juan Lopez
31. Gilbert Mancha
32. Marodia Mancha
33. Arturo Martinez
34. Jose Martinez
35. Guadalupe Martinez
36. Elida Martinez
37. Felipe Martinez
38. Sonia Mauricio
39. Maria Mendoza
40. Jaime Montoya
41. Valeriano Moreno
42. Susana Olivas
43. Armandina Reyes
44. Rogelio Rocha
45. Francisco Rodriguez
46. Lazaro A. Rodriguez
47. Minerva Roiz
48. Raul Rodriguez
49. Juan Ruiz
50. Juan M. Ruiz
51. Alfredo Sanchez
52. Susana Sanchez
53. Marco Sandoval
54. Carlos Santos
55. David Santos
56. Rodolfo H. Santos
57. Gerardo Saucedo
58. Heron Segovia, Jr.
59. Edward Torres
60. Enrique Trevino
61. Jorge Roberto Valdez
62. Juan Vallejo
63. Juan Vasquez
64. Jose Luis Veloz
65. Raymundo A. Vidal
66. Ricardo Villalobos
67. Daniel Villarreal
68. Ramon Villasenor
69. Ignacio Zaragoza, Jr.